IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

POM, INCORPORATED                                                    PLAINTIFF

V.                              4:07CV001057JMM

MAHLE ENGINE COMPONENTS
USA, INC.                                                            DEFENDANT

## ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS

Plaintiff has filed a motion to voluntarily dismiss the case. The Court finds that Plaintiff's motion to dismiss should be, and hereby is, GRANTED. The Clerk is directed to close the case.

The Court notes that Plaintiff's right to re-file the case against the Defendant is subject to the provisions of Rule 41(d) of the Federal Rules of Civil Procedure. Under Rule 41(d), the Plaintiff may be ordered to pay any costs of this action which the Court deems appropriate if Plaintiff re-files the action against the Defendant.

IT IS SO ORDERED this 28th day of May 2008.

_____
James M. Moody
United States District Judge